UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KELSEY-BREEANN BOLDMAN,

Plaintiff,

v.

OFFICER REBELLO, CHIEF FLOWERS, SERGEANT BIRD, BRENDA CAMPBELL, OFFICER NIX, SERGEANT CRANDALL, and DEPUTY REJAIAN,

Defendants.

Case No. 6:25-cv-00603-AP

**ORDER**

**KASUBHAI,** United States District Judge:

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Potter issued a Findings and Recommendation on August 12, 2026, in which she recommends that this Court grant the Aumsville Defendants' Motion for Partial Summary Judgment and Marion County Defendants' Motion for Summary Judgment. F&R, ECF No. 76. When a party objects to a Magistrate Judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The district court has no obligation to review the portions of the Magistrate Judge's report to which no party has objected. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review of

other portions of the Findings and Recommendation, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that the court should review such portions for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. ECF No. 78. The Court has carefully considered Plaintiff's objections and reviewed the relevant portions of the record *de novo* and concludes that there is no basis to modify the Findings and Recommendation. The Court likewise finds no clear error with the remainder of the Findings and Recommendation to which no objections were filed.

## CONCLUSION

The Court ADOPTS Magistrate Judge Potter's Findings and Recommendation, ECF No. 76. Aumsville Defendants' Motion for Partial Summary Judgment (ECF No. 66) and Marion County Defendants' Motion for Summary Judgment (ECF No. 72) are therefore GRANTED.

IT IS SO ORDERED.

DATED this 17th day of September 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge